```
                   IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                             WESTERN DIVISION
```

DEBRA P. STRICKLAND                                            PETITIONER

VS.                                    CIVIL ACTION NO. 5:04cv263-DCB-JCS
                                    CRIMINAL ACTION NO. 5:03cr19-DCB-JCS

UNITED STATES OF AMERICA                                       RESPONDENT

<u>ORDER</u>

This cause is before the Court <u>sua sponte</u>, pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, and having reviewed the plaintiff's motion, the Court finds that a response to the motion by the government is required. Accordingly,

IT IS HEREBY ORDERED that the United States Attorney shall file an answer to the plaintiff's motion under 28 U.S.C. § 2255 to vacate, set aside or correct her sentence in criminal action no. 5:03-cr-19(Br), within thirty (30) days from the date of entry of this Order.

SO ORDERED, this the 9th day of December, 2005.

<u>S/DAVID BRAMLETTE</u>
UNITED STATES DISTRICT JUDGE