```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION
```

DEBRA P. STRICKLAND                                     PETITIONER

VS.                          CIVIL ACTION NO. 5:04cv263-DCB-JCS
                                  CRIMINAL NO. 5:03cr19-DCB

UNITED STATES OF AMERICA                                RESPONDENT

## **FINAL JUDGMENT**

This matter came before the Court on the petitioner's Motion to Vacate, Set Aside or Correct a Sentence pursuant to 28 U.S.C. § 2255 [**docket entry no. 1** in civil action 5:04cv263 and **docket entry no. 19** in criminal action 5:03cr19], and the Court having denied the motion in a Memorandum Opinion and Order of even date herewith, Accordingly,

IT IS HEREBY ORDERED that this action is dismissed with prejudice.

SO ORDERED, this the 14th day of June, 2006.

                                  S/DAVID BRAMLETTE
                                  UNITED STATES DISTRICT JUDGE