IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                                                         COURT NO. 5:03CR19-DCB-FKB-1

DEBRA P. STRICKLAND                                                                         DEFENDANT

and

CADENCE BANK f/k/a BancorpSouth                                                              GARNISHEE

## ORDER QUASHING WRIT OF GARNISHMENT

THIS CAUSE came on for consideration upon the United States of America's Motion [42], requesting that the Court quash the Writ of Garnishment [32] served upon Cadence Bank f/k/a BancorpSouth as to the Defendant, because the United States has entered into a voluntary payment agreement with the Defendant DEBRA P. STRICKLAND sufficient to justify no further action at this time.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the Writ of Garnishment entered in this matter on June 21, 2022, is quashed, and Garnishee, Candence Bank, is hereby dismissed.

ORDERED AND ADJUDGED this   28th   day of  October , 2022.


s/David Bramlette
HONORABLE DAVID C. BRAMLETTE
UNITED STATES DISTRICT JUDGE