IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                         PLAINTIFF

v.                                                                              COURT NO. 5:03CR19-DCB-FKB-1

DEBRA P. STRICKLAND                                                                            DEFENDANT

and

LINGOLD LAW FIRM, PLLC                                                                          GARNISHEE

### ORDER QUASHING WRIT OF CONTINUING WAGE GARNISHMENT

THIS CAUSE came on for consideration upon the United States of America's Motion [41], requesting that the Court quash the Writ of Continuing Wage Garnishment [37] served on Lingold Law Firm, PLLC as to the Defendant, because the United States has entered into a separate voluntary payment agreement with the Defendant DEBRA P. STRICKLAND sufficient to justify no further action at this time.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the Writ of Continuing Wage Garnishment entered in this matter on July 1, 2022, is quashed, and Garnishee, Lingold Law Firm, PLLC, is hereby dismissed.

ORDERED AND ADJUDGED this __28th__ day of __October__, 2022.

s/David Bramlette
HONORABLE DAVID C. BRAMLETTE
UNITED STATES DISTRICT JUDGE